IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOEL FRANCISCO VILLARREAL, TDCJ–CID # 01364926, | § § § | |
| *Plaintiff*, | § § | Civil Action No. H-20-1011 |
| v. | § § | |
| LARRY WINZER, *et al.*, | § § | |
| *Defendants.* | § § | |

## FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is **DISMISSED WITHOUT PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas on the 31st day of March, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE